UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1512-KK-SHKx** | Date: | May 31, 2024 |
|---|---|---|---|

| Title: | *Jesus Jesse Cadena v. JIR Fighter, Inc. et al.* |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) (1) Order to Show Cause Why Plaintiff and Plaintiff's Counsel Should Not Be Sanctioned for Failure to Comply with Court Orders, and (2) Order to Show Cause Why Defendant Ignacchiti Should Not Be Dismissed**

This matter is currently set for a Final Pretrial Conference on June 13, 2024 and a jury trial on June 24, 2024.  Dkt. 25.  As detailed below, however, Plaintiff has not filed various pretrial documents as required by this Court's Orders.  Hence, Plaintiff and his counsel are hereby Ordered to Show Cause as to why they should not be sanctioned.

Pursuant to the February 1, 2024 Scheduling Order, the parties' memorandum of contentions of fact and law and witness lists were due twenty-one days prior to the Final Pretrial Conference, i.e., no later than May 23, 2024.  Dkt. 25 at 6.  Additionally, the parties' proposed jury instructions and verdict forms were due fourteen days prior to the Final Pretrial Conference, i.e., no later than May 30, 2024.  Id. at 8.  The parties were also required to "meet and confer with the goal of reaching agreement" regarding the jury instructions and verdict form and to submit one set of agreed-upon jury instructions, one set of disputed jury instructions, and one proposed verdict form.  See id.  However, Plaintiff's counsel failed to respond to Defendant's attempt to meet and confer regarding the parties' pretrial filings.  See dkt. 34 at 1.  Defendant, therefore, filed separate proposed jury instructions and a separate proposed verdict form.  See dkts. 38, 40.  To date, Plaintiff has not filed a memorandum of contentions of fact and law, witness list, proposed jury instructions, or a proposed verdict form.

Accordingly, Plaintiff and his counsel, Arturo T. Salinas and Setareh Panah, are **ORDERED TO SHOW CAUSE** in writing **no later than June 4, 2024** why they should not be sanctioned in

the amount of $500 each for their failure to comply with the Court's February 1, 2024 Scheduling Order and the Court's Local Rules.

Additionally, it appears defendant Ilenya Ignacchiti has never been served.  Plaintiff and his counsel are further ordered to show cause why defendant Ilenya Ignacchiti should not be dismissed for failure to serve.

Finally, **no later than 5:00 p.m. on June 5, 2024**, Plaintiff shall file his memorandum of contentions of fact and law, witness list, proposed jury instructions, and proposed verdict form.

**Plaintiff is explicitly warned that failure to comply with this Order may result in additional sanctions, including monetary and/or terminating sanctions.**

**IT IS SO ORDERED.**