ARTURO T. SALINAS (Bar No. 134174)
Arturo@calljacob.com
GABRIEL K. EISSAKHARIAN (Bar No. 350922)
Gabriel.E@calljacob.com
LAW OFFICES OF JACOB EMRANI, APC
714 W. Olympic Blvd., Ste. 300
Los Angeles, CA 90015
Tel: (213) 748-7734  Fax: (213) 748-8879

Attorneys for Plaintiff JESUS JESSE CADENA

PETER S. DOODY (Bar No. 127653)
Doody@higgslaw.com
KATHRYN CALLAGHAN (Bar No. 340145)
callaghank@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:    (619) 696-1410

Attorneys for Defendant JIR FIGHTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JESSE CADENA,<br><br>            Plaintiff,<br><br>      v.<br><br>JIR FIGHTER, INC., ILENYA IGNACCHITI and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-01512-KK-SHK<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

The Parties hereby jointly notify the Court that they have reached a complete settlement of this matter as of today, June 20, 2024. Pursuant to Local Rule 16-15.7 and Civil Trial Scheduling Order section III., counsel for Defendant JIR Fighter, Inc.

1 has also sent written notice by way of email correspondence to the Courtroom Deputy
2 Clerk of this department on June 20, 2024 at 1:46 p.m.
3    The Parties expect to exchange settlement consideration and dismiss the action
4 with prejudice within 30 days.

Dated: June 20, 2024              HIGGS FLETCHER & MACK LLP


                                  By:   */s/ Peter S. Doody*
                                  PETER S. DOODY
                                  KATHRYN CALLAGHAN
                                  Attorneys for Defendant JIR FIGHTER, INC.


Dated: June 20, 2024              LAW OFFICES OF JACOB EMRANI APC



                                  By: */s/ Arturo T. Salinas*
                                  ARTURO T. SALINAS
                                  GABRIEL K. EISSAHARIAN
                                  Attorneys for Plaintiff Jesus Jesse Cadena