1  PETER S. DOODY (Bar No. 127653)
   Doody@higgslaw.com
2  KATHRYN CALLAGHAN (Bar No. 340145)
   callaghank@higgslaw.com
3  HIGGS FLETCHER & MACK LLP
   401 West A Street, Suite 2600
4  San Diego, California 92101-7910
   Telephone:  (619) 236-1551
5  Facsimile:   (619) 696-1410

6  Attorneys for Defendant JIR FIGHTER, INC.

7

8  ARTURO T. SALINAS (Bar No. 134174)
   arturo@calljacob.com
   LAW OFFICES OF JACOB EMRANI
9  714 W. Olympic Blvd., Ste. 300
   Los Angeles, California 90015
10 Telephone:  (213) 748-7734
   Facsimile:   (213) 748-8879

11 Attorneys for Plaintiff JESUS JESSE CADENA

12                **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14

15 JESUS JESSE CADENA,                    Case No. 5:23-cv-01512-KK-SHK

16         Plaintiff,                     **JOINT MOTION TO DISMISS COMPLAINT**

17      v.

18 JIR FIGHTER, INC., ILENYA
   IGNACCHITI and DOES 1 to 50,
19 inclusive,

20         Defendants.

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

12468622.1

1    The above case has resolved between the parties. Through their respective

2  counsel, the parties bring this JOINT MOTION TO DISMISS the Complaint and

3  case in its entirety with prejudice.

4    The parties shall each bear their own attorneys' fees and costs.

5

6  Dated:  August  _7_, 2024          HIGGS FLETCHER & MACK LLP

7

8

9                                            By:    /s/ Peter S. Doody
                                                    PETER S. DOODY
10                                                  KATHRYN CALLAGHAN
                                                    Attorneys for Defendant JIR FIGHTER,
11                                                  INC.

12

13

14  Dated:  August  _7_, 2024          LAW OFFICES OF JACOB EMRANI, PC

15

16

17                                          By:    *Arturo Salinas*
                                                   ARTURO SALINAS
18                                                 Attorneys for Plaintiff JESUS JESSE
                                                   CADENA
19

20

21

22

23

24

25

26

27

28

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

12468622.1                                    2

JOINT MOTION TO DISMISS COMPLAIKNT